No. 95–9184.   IN RE JAFFER.   Petition for writ of mandamus and/or prohibition denied.

No. 95–9235.   IN RE BENTON.   Petition for writ of prohibition denied.

No. 96–157.   IN RE USAIR, INC.   Motion of Air Transport Association of America for leave to file a brief as *amicus curiae* granted.   Petition for writ of prohibition denied.

No. 95–1488.   SWIFT *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 95–1498.   HILL *v.* DEPARTMENT OF THE AIR FORCE ET AL. C. A. 10th Cir.   Petition for extraordinary writ and for writ of certiorari denied.

No. 95–1523.   SKOTT *v.* UNITED STATES;
No. 95–1883.   STAMBAUGH *v.* UNITED STATES;
No. 95–8995.   KETCHUM *v.* UNITED STATES;
No. 95–9041.   WILSON *v.* UNITED STATES; and
No. 95–9081.   BALINT *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   Reported below: 73 F. 3d 675.

No. 95–1571.   TURNER ET AL. *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.